**Lamont E. HARRIS, Petitioner–
Appellant,**

v.

**Ron ANGELONE, Director, Virginia
Department of Corrections,
Respondent–Appellee.**

No. 01–7180.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 9, 2001.

Decided Nov. 28, 2001.

Lamont E. Harris, pro se. Richard Bain Smith, Assistant Attorney General, Richmond, VA, for appellee.

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Lamont E. Harris seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Harris v. Angelone,* No. CA–01–61–3 (E.D.Va. July 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*